■ In the Matter of WARREN J. McNALLY et al., Appellants-Respondents, v. HAROLD GELLMAN et al., Respondents-Appellants, and JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents.— In a proceeding under section 330 of the Election Law (1) to invalidate a petition designating Harold Gellman and 27 others as candidates of the Democratic party in the primary election for certain party positions in the Fifth Assembly District, Queens County; (2) to enjoin the Board of Elections from placing their names as such candidates on the official primary ballot; and (3) for other relief, the parties cross-appeal from certain portions of an order of the Supreme Court, Queens County, entered August 27, 1962 which, after a hearing, in part granted and in part denied the application. Said candidates also appeal from another order of the same court, dated August 28, 1962, which (1) denied their motion to dismiss the petition and (2) overruled their special appearance in said proceeding. Orders, insofar as appealed from, affirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of ANTHONY MENELLA et al., Respondents, v. MICHAEL M. MANENTE et al., Appellants, and CHARLES A. PERILLO and JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— In a proceeding under section 330 of the Election Law (1) to invalidate the petition designating the appellants Manente, Scarfone and Hussey as candidates of the Democratic party for public office and party positions in the primary election in the Twelfth Assembly District, Kings County; and (2) for other relief, the said candidates appeal from an order of the Supreme Court, Kings County, dated August 27, 1962, which, after a hearing: (1) granted the application, and (2) denied the cross motion by said candidates, who appeared specially, to dismiss the proceeding for lack of jurisdiction and for patent insufficiency. Order modified on the law by striking out the first and second decretal paragraphs which invalidate the designating petition and enjoin the Board of Elections from placing appellants' names upon the official ballot as such candidates in the primary election; and by substituting therefor a provision denying the application. As so modified, the order is affirmed, without costs. The facts are affirmed. In our opinion, the designating petition complies substantially with the applicable provisions of the Election Law, and therefore is valid. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of HERBERT J. MILLER, Appellant, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents.— In a proceeding under section 330 of the Election Law to direct the Board of Elections to grant to petitioner, as a candidate for the office of Judge of the Civil Court of the City of New York, County of Queens, the right to have determined by lot the sequence in which his name as such candidate shall be printed on the official primary ballot of the Democratic party (Election Law, § 104), the petitioner appeals from an order of the Supreme Court, Queens County, entered August 27, 1962, which dismissed his petition. Order affirmed, without costs. No opinion. Ughetta, Acting P. J., Hill, Rabin and Hopkins, JJ., concur.